

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2018
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ROBERT SISCO, JR.,                 )   No. ED CV 17-343-R (PLA)
                                   )
            Petitioner,            )   ORDER ACCEPTING
                                   )   MAGISTRATE JUDGE'S
      v.                           )   REPORT AND RECOMMENDATION
                                   )
KELLEY SANTORO, Warden,            )
                                   )
            Respondent.            )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 19, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE