FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT SISCO, JR., | No. ED CV 17-343-R (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KELLEY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 19, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE